IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CACHET ALEXANDER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D16-3180

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed October 19, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Cachet Alexander, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the order denying motion for postconviction relief entered on February 1, 2016, in Alachua County Circuit Court case number 2012-CF-003618-A, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

ROBERTS, C.J., MAKAR and BILBREY, JJ., CONCUR.